IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHNNY RAY MCCAIG                                                   PLAINTIFF

v.                            4:17CV00577-JM-JTK

CHRIS RUEMULLER, et al.                                      DEFENDANTS

## **ORDER**

McCaig has not responded to this Court's September 12, 2017 Order directing him to pay the $400 filing fee for this action or file a Motion to Proceed <u>in</u> <u>forma</u> <u>pauperis</u>, within thirty days (Doc. No. 3). Therefore, the Court finds McCaig's Complaint should be dismissed without prejudice, for failure to prosecute. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Complaint is DISMISSED without prejudice for failure to prosecute.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 20th day of October, 2017.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE