# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JOHNNY RAY MCCAIG                                                                                          PLAINTIFF

v.                                              4:17CV00577-JM-JTK

CHRIS RUEMULLER, et al.                                                                              DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case is DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 20th day of October, 2017.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE